

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2016

No. 04-16-00476-CV

**OLMOS EQUIPMENT, INC.,** Larry Struthoff, S.W.L. Enterprises, Inc., and Tracy Janicke,
Appellants

v.

Jim **WEYNAND**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08332
Honorable Richard Price, Judge Presiding

# O R D E R

On July 28, 2016, notices of appeal were filed by (1) Olmos Equipment, Inc.; Larry Struthoff; and S.W.L. Enterprises, Inc. and (2) Tracy Janicke. On August 11, 2016, a cross-notice of appeal was filed by Jim Weynand. On August 15, 2016, Larry Struthoff and S.W.L. Enterprises, Inc. filed a Motion to Dismiss Appeal, stating they no longer desired to appeal from the trial court's judgment.

On August 12, 2016, Olmos Equipment filed a Suggestion of Bankruptcy, attached to which is a Notice of Chapter 11 Bankruptcy, which states the bankruptcy proceeding is pending in the United States Bankruptcy Court, Western District Court of Texas, under Case No. 16-51834-cag, styled *Olmos Equipment Inc.* The notice contains a copy of the bankruptcy petition showing the petition was filed on August 12, 2016. Accordingly, this appeal, including any pending motions, and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

It is therefore ORDERED that this appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2016.



Keith E. Hottle
Clerk of Court